JASON M. ERLICH, Bar. No. 203661
MCCORMACK & ERLICH, LLP
150 Post St, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorney for Plaintiff Victoria Warren

NATALIE A. PIERCE, Bar No. 191342
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: npierce@littler.com

ANDREA R. MILANO, Bar No. 278937
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone:   310.553.0308
Facsimile:   310.553.5583
Email: amilano@littler.com

Attorneys for Defendant
ALEXION PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA WARREN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEXION PHARMACEUTICALS, INC.;<br>and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:14-CV-02722 SI<br><br>**STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:　　September 12, 2014<br>Time:　　2:30 p.m.<br>Ctrm.:　　Courtroom 10—19th Floor<br>Judge:　　Senior District Judge<br>　　　　　Susan Illston |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC (No. 3:14-CV-02722-SI)

1  Plaintiff VICTORIA WARREN ("Plaintiff") and Defendant ALEXION
2  PHARMACEUTICAL, INC. ("Defendant") (collectively, the "parties"), by and through their
3  respective counsel, stipulate and agree as follows:

4  **WHEREAS**, the initial Case Management Conference in this matter is presently
5  scheduled for September 12, 2014; and

6  **WHEREAS**, lead counsel is ordered to appear that the initial Case Management
7  Conference, pursuant to Civil Local Rule 16-10; and

8  **WHEREAS**, lead counsel for Defendant is unavailable on September 12, 2014;

9  **NOW, THEREFORE, IT IS HEREBY STIPULATED**, that the initial Case
10 Management Conference be continued to September 26, 2014, or as soon thereafter as is convenient
11 for the Court.

12 **IT IS SO STIPULATED.**

13 DATED: September 2, 2014

15 _____
   JASON M. ERLICH
   MCCORMACK & ERLICH, LLP

   Attorney for Plaintiff
   VICTORIA WARREN

18 DATED: Sept. 2, 2014

20 _____
   NATALIE A. PIERCE
   ANDREA R. MILANO
   LITTLER MENDELSON, P.C.

   Attorneys for Defendant
   ALEXION PHARMACEUTICALS, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC (No. 3:14-CV-02722-SI)

JASON M. ERLICH, Bar. No. 203661
MCCORMACK & ERLICH, LLP
150 Post St, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorney for Plaintiff Victoria Warren

NATALIE A. PIERCE, Bar No. 191342
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: npierce@littler.com

ANDREA R. MILANO, Bar No. 278937
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:    310.553.0308
Facsimile:    310.553.5583
Email:  amilano@littler.com

Attorneys for Defendant
ALEXION PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA WARREN,<br><br>             Plaintiff,<br><br>    vs.<br><br>ALEXION PHARMACEUTICALS, INC.;<br>and DOES 1 through 25, inclusive,<br><br>             Defendants. | CASE NO.  3:14-CV-02722 SI<br><br>~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:      September 12, 2014<br>Time:      2:30 p.m.<br>Ctrm.:     Courtroom 10—19th Floor<br>Judge:     Senior District Judge<br>           Susan Illston |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER CONTINUING CMC            (No. 3:14-CV-02722-SI)
Firmwide:128799643.1 069791.1005

# [PROPOSED] ORDER

Based on the stipulation between the parties and for good cause shown, the Case Management Conference currently scheduled in the above-captioned matter for September 12, 2014, is hereby continued to ___9/26/14___, 2014 at 2:30 p.m.

**IT IS SO ORDERED**.

_(signature)_
_____
HON. SUSAN ILLSTON
SENIOR DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER CONTINUING CMC                    (No. 3:14-CV-02722-SI)
Firmwide:128799643.1 069791.1005