IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN,<br><br>             Plaintiff,<br><br>   v.<br><br> ALEXION PHARMACEUTICALS, INC.,<br><br>             Defendant.<br>_____/ | No. C 14-02722 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>January 30, 2015</u> at  <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 17, 2015</u>.

DESIGNATION OF EXPERTS: <u>9/11/15</u>; REBUTTAL: <u>9/21/15</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 16, 2015</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 24, 2015</u>;

     Opp. Due <u>August 7, 2015</u>;  Reply Due <u>August 14, 2015</u>;

      and set for hearing no later than <u>August 28, 2015</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>November 10, 2015</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>November 23, 2015</u> at <u>8:30 AM.</u>,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>3</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation session shall occur in December 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/30/14

_____
SUSAN ILLSTON
United States District Judge