1  JASON M. ERLICH, Bar. No. 203661
   MCCORMACK & ERLICH, LLP
2  150 Post St, Suite 742
   San Francisco, CA 94108
3  Tel: (415) 296-8420
   Fax: (415) 296-8552
4
   Attorney for Plaintiff Victoria Warren
5
   NATALIE A. PIERCE, Bar No. 191342
6  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
7  San Francisco, CA  94108-2693
   Telephone: (415) 433-1940
8  Facsimile: (415) 399-8490
   Email: npierce@littler.com
9
   ANDREA R. MILANO, Bar No. 278937
10 LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
11 Los Angeles, CA  90067.3107
   Telephone:    310.553.0308
12 Facsimile:    310.553.5583
   Email:  amilano@littler.com
13
   Attorneys for Defendant
14 ALEXION PHARMACEUTICALS, INC.

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

18

| VICTORIA WARREN, | CASE NO.  3:14-CV-02722 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOS~~ED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ALEXION PHARMACEUTICALS, INC.; and DOES 1 through 25, inclusive, | Date:     January 30, 2015<br>Time:     3:00 p.m.<br>Ctrm.:    Courtroom 10—19th Floor |
| Defendants. | Judge:    Senior District Judge<br>          Susan Illston |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC (No. 3:14-CV-02722-SI)

Plaintiff VICTORIA WARREN ("Plaintiff") and Defendant ALEXION PHARMACEUTICAL, INC. ("Defendant") (collectively, the "parties"), by and through their respective counsel, stipulate and agree as follows:

**WHEREAS**, the further Case Management Conference in this matter is presently scheduled for January 30, 2015 for mediation status review; and

**WHEREAS**, due to scheduling conflicts among counsel, and in order to complete necessary discovery including depositions, the parties were delayed in completing mediation;

**WHEREAS**, the parties are scheduled for a mediation session with Sue Stott on February 6, 2015; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, that the further Case Management Conference be continued to February 27, 2015, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jason M. Erlich, counsel for Plaintiff Victoria Warren, and that I have obtained Mr. Erlich's authorization to affix his electronic signature to this document.

DATED: January 14, 2015

/s/Jason M. Erlich
JASON M. ERLICH
MCCORMACK & ERLICH, LLP

Attorney for Plaintiff
VICTORIA WARREN

DATED: January 14, 2015

/s/Natalie A. Pierce
NATALIE A. PIERCE
ANDREA R. MILANO
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ALEXION PHARMACEUTICALS, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC (No. 3:14-CV-02722-SI)

**[PROPOSED] ORDER**

Based on the stipulation between the parties and for good cause shown, the Case Management Conference currently scheduled in the above-captioned matter for January 30, 2015, is hereby continued to February 27, 2015 at 3:00 p.m.

**IT IS SO ORDERED**.

1/15/15

_____
HON. SUSAN ILLSTON
SENIOR DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC (No. 3:14-CV-02722-SI)